1  Brian Hennessy (SBN 226721)
2  E-mail: BHennessy@perkinscoie.com
   **Perkins Coie LLP**
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone:  (650) 838-4300
   Facsimile:  (650) 838-4350
5
6  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
   E-mail: EMcDougall@perkinscoie.com
7  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000
10
   Attorneys for Plaintiff
11    craigslist, Inc.
12
                  UNITED STATES DISTRICT COURT
13
                NORTHERN DISTRICT OF CALIFORNIA
14
                       OAKLAND DIVISION
15
16 craigslist, Inc., a Delaware corporation,      **Case No. CV-08-5061 SBA**
17                Plaintiff,                        **STIPULATION AND ORDER AND
                                                    PERMANENT INJUNCTION**
18        v.
                                                    **FINAL JUDGMENT**
19 Jeffray Szczodroski d/b/a
20 craigslistpostingexperts.com, and Does 1
   through 25, inclusive,
21
                  Defendants.
22

23            **I.     STIPULATION TO A PERMANENT INJUNCTION**

24        Plaintiff craigslist, Inc. and Defendant Jeffray Szczodroski ("Defendant") stipulate to

25 entry of an Order and Permanent Injunction, the terms of which are set forth below:

26        1.     The Court has jurisdiction over the subject matter at issue in this action.

27

28

2.      The Court has personal jurisdiction over Defendant for the purposes of entry and enforcement of this Stipulation and Order and Permanent Injunction and the parties' Settlement Agreement and Release.

3.      Defendant, his officers, agents, servants, employees, successors, and assigns, and any persons acting in active concert or participation with him who receive actual notice of this Stipulation and Order and Permanent Injunction by personal service or otherwise are immediately and permanently and forever enjoined from:

       (a)      Repeatedly posting the same or similar content on craigslist;

       (b)      Posting the same item or service in more than one category on craigslist;

       (c)      Posting the same item or service in more than one geographic area on craigslist;

       (d)      Posting ads on behalf of others, causing ads to be posted on behalf of others, and accessing craigslist to facilitate posting ads on behalf of others;

       (e)      Using a third-party agent, service, or intermediary to post content to craigslist;

       (f)      Using any automated device or computer program that enables postings on craigslist without each posting being entered manually (an "automated posting device"), including, without limitation, the use of any automated posting device to submit postings to craigslist in bulk;

       (g)      Manufacturing, developing, creating, adapting, modifying, exchanging, offering, distributing, selling, providing, importing, making available, trafficking in, or using content that uses automated means (including, but not limited to, spiders, robots, crawlers, data mining tools, and data scraping tools) to download or otherwise obtain data from craigslist;

       (h)      Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of, craigslist's services or the craigslist website;

       (i)      Copying, distributing, displaying, creating derivative works or otherwise using protected elements of craigslist's copyrighted website (located at www.craigslist.org),

1  including, but not limited to, the website's post to classifieds, account registration and account log

2  in expressions and compilations, and from inducing, encouraging, causing or materially

3  contributing to any other person or entity doing the same;

4      (j)    Circumventing technological measures that control access to craigslist's

5  copyrighted website and/or portions thereof (including, but not limited to, CAPTCHAs, RE-

6  CAPTCHAs, and telephone verification systems), and from inducing, encouraging, causing or

7  materially contributing to any other person or entity doing the same;

8      (k)    Manufacturing, developing, creating, adapting, modifying, exchanging,

9  offering, distributing, selling, providing, importing, trafficking in, or using technology, products,

10  services, devices, components, or parts thereof, that are primarily designed or produced for the

11  purpose of circumventing technological measures and/or protection afforded by technological

12  measures that control access to craigslist's copyrighted website and/or portions thereof, and from

13  inducing, encouraging, causing or materially contributing to any other person or entity doing the

14  same;

15      (l)    Accessing or attempting to access craigslist's computers, computer

16  systems, computer network, computer programs, and data, without authorization or in excess of

17  authorized access, including, but not limited to, creating multiple accounts or posting content on

18  the craigslist website in excess of the limitations set by craigslist, and from inducing,

19  encouraging, causing, materially contributing to, aiding or abetting any other person or entity to

20  do the same;

21      (m)    Manufacturing, developing, creating, adapting, modifying, exchanging,

22  offering, selling, distributing, providing, importing, trafficking in, purchasing, acquiring,

23  transferring, marketing or using any program, device, or service designed to provide an

24  automated means of accessing craigslist's website, automated means of creating craigslist

25  accounts, or automated means of posting ads or other content on the craigslist's website,

26  including, but not limited to, any program, device, or service that is, in whole or in part, designed

27  to circumvent security measures on the craigslist website;

28

1          (n)     Misusing or abusing craigslist, the craigslist website and craigslist services

2   in any way, including, but not limited to, violating the craigslist Terms of Use;

3          (o)     Accessing or using craigslist's website for any commercial purpose

4   whatsoever; and

5          (p)     Using the CRAIGSLIST mark and any confusingly similar designations in

6   Internet advertisements and otherwise in commerce in any manner likely to confuse consumers as

7   to their association, affiliation, endorsement or sponsorship with or by craigslist.

8       4.      This Stipulation and Order and Permanent Injunction is final and may not be

9   appealed by either party.

10      5.      The Clerk of the Court shall enter Judgment pursuant to this Order.

11      **IT IS SO AGREED.**

12

13  Dated: _____ ____, 2008        **PERKINS COIE LLP**

14

15                                      By:_____

16                                      Attorneys for Plaintiff
                                        craigslist, Inc.

17  Dated: _____ ____, 2008        **craigslist, Inc.**

18                                      By_____

19                                      Its CEO

20

21  Dated: _____ ____, 2008        **JEFFRAY SZCZODROSKI**

22                                      By_____

23

24

25

26

27

28

1

## II.   **ORDER**

2

3        PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5        IT IS FURTHER ORDERED that the Clerk of the Court shall enter Judgment in favor of

plaintiff and against defendant pursuant to this Order.

6

7

Dated: 2/6/09                    _____

8                               HONORABLE SAUNDRA BROWN ARMSTRONG

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28